| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SCURA, WIGFIELD, HEYER & STEVENS, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>Facsimile: 973-696-8571<br>Christopher J. Balala (Attorney ID 030732010)<br>Counsel for Debtor | Order Filed on March 16, 2016 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stacy Manzi,<br><br>                                Debtor. | Case No.:          14-14078<br><br>Chapter:              13<br><br>Hearing Date:   2/25/2016 @ 11am<br><br>Judge:                JKS |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: March 16, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having heard the motion filed by _____the Debtor_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$37,193.19_____ will be forwarded to _____the Debtor_____ at the following address:

_Stacy Manzi_____

_723 Columbia Ave._____

_North Bergen, NJ 07047_____

_____

*new.8/1/15*